UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LINDA-KAY JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:12-cv-530-WTL-DKL |
| | ) | |
| ELWOOD CITY COURT, | ) | |
| | ) | |
| Defendant. | ) | |

**Entry Discussing Motion for Summary Judgment**

**I.**

The remaining claim in this civil rights action brought by Linda-Kay Jones is asserted against the City of Elwood's Mayor's Office ("Mayor's Office").

The Mayor's Office seeks resolution of Jones' claim through the entry of summary judgment. A court is to enter summary judgment when sought if "there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law." Fed. R. Civ. P. 56(a). To survive a motion for summary judgment, "the nonmoving party must establish some genuine issue for trial such that a reasonable jury could return a verdict in her favor." *Gordon v. FedEx Freight, Inc.*, 674 F.3d 769, 772-73 (7th Cir. 2012).

In this case, the evidentiary record supporting the unopposed motion for summary judgment is such that no reasonable trier of fact could find that the wrongful decision attributed to the Ellwood City Court was the result of a policy or custom of the Mayor's Office. *See Teesdale v. City of Chicago*, 690 F.3d 829, 833 (7th Cir. 2012) ("To establish municipal liability [under 42 U.S.C. § 1983], a plaintiff must show the existence of an official policy or other

governmental custom that not only causes but is the moving force behind the deprivation of constitutional rights." (internal quotation marks omitted)). In addition, the Judge of the Elwood City Court is not a policymaker for the City of Elwood and the asserted claim under the Indiana Constitution is not actionable under ' 1983. *Scott v. Edinburg*, 346 F.3d 752, 760 (7th Cir. 2003). The Mayor's Office's motion for summary judgment [dkt 46] is **granted.**

## II.

Judgment consistent with this Entry and with the prior rulings resolving specific claims shall now issue.

**IT IS SO ORDERED.**

Date: 09/04/2013

                                           Hon. William T. Lawrence, Judge
                                           United States District Court
Distribution:                           Southern District of Indiana

Electronically Registered Counsel

Linda-Kay Jones
2431 Sheffield Ave
Anderson, IN 46011